**RECEIVED**

OCT - 5 2017

U.S. District Court
Eastern District of MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____ DIVISION

KEVIN MOORE
**NAME OF THE PLAINTIFF**

- vs -

ST LOUIS COMMUNITY COLLEGE

Case No.

JURY TRIAL DEMANDED

YES___  NO___

**NAME OF THE DEFENDANT OR DEFENDANTS** (Enter above the full name(s) of ALL defendant(s) in this lawsuit. Please attach additional sheets if necessary.

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

   ✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

   ___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

   ___ American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the American with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

___ Other (Describe)

_____

_____

_____

**PARTIES**

2.  Plaintiff's name: KEVIN MOORE

    Plaintiff's address: 6815 TROIS CT
    Street address or P.O. Box

    FLORISSANT MO 63033
    City/ County/ State/Zip Code

    (314) 718-8064
    Area code and telephone number

3.  Defendant's name: ST LOUIS Community COLLEGE

    Defendant's address: 300 S. BROADWAY
    Street address or P.O. Box

    ST. LOUIS MO 63102
    City/County/State/ Zip Code

    _____
    Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)         (City/County)         (State)   (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

_____Nov. 2015_____

**ADMINISTRATIVE PROCEDURES**

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

✓ Yes   Date filed: _____

___ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

✓ Yes   Date filed: _____

___ No

8. Have you received a Notice of Right-to-Sue Letter?

✓ Yes                           ___ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

   \_\_\_\_ failure to hire me

   ✓ termination of my employment

   \_\_\_\_ failure to promote me

   \_\_\_\_ failure to accommodate my disability

   ✓ terms and conditions of my employment differ from those of similar employees

   ✓ retaliation

   \_\_\_\_ harassment

   \_\_\_\_ other conduct (specify): _____

_____

_____

_____

Did you complain about this same conduct in your charge of discrimination?

   ✓ Yes                                  \_\_\_\_ No

11. I believe that I was discriminated against because of my (check all that apply):

__✓__ race

____ religion

____ national origin

__✓__ color

____ gender

____ disability

____ age (my birth date is: _____)

____ other: _____

Did you state the same reason(s) in your charge of discrimination?

__✓__ Yes          ____ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I WAS WARN ABOUT AN UNAUTHORISE BREAK BUT GOT A SUSPENION. TONY BEAUR WAS CAUGHT SLEEPING ON THE SEVERAL TIMES AND WAS ALLOWED TO FILE A LAST GRIEVANCE FORM WHICH HE VIOLATED AND STILL HAS HIS JOB. MARK MARTCHINK WAS TOLD BY SCOTT MARTIN NOT TO CLOCK-IN WHEN LATE SO HE WOULDN'T GET A SUSPENSION OR TERMINATED

5

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

   __✓__ are still being committed by the defendant.

   _____ are no longer being committed by the defendant.

   _____ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

FINE THE COLLEGE FOR THEIR ACTIONS AND PAY ME FOR THEIR DISCRIMATION TOWARDS ME

Signed this __5__ day of __OCT__, 20__17__.

_Kevin Moore_
Signature of Plaintiff

7